UNITED STATES DISTRICT COURT  HONORABLE JOHN P. CRONAN
SOUTHERN DISTRICT OF NEW YORK  DOCKET NO.: 22-CR-00618-JPC-2
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

MICHAEL GIAN WILLIAM HABIB

                           Defendant
-------------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Philip L. Reizenstein, Esq., for admission to practice Pro Hae Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

    Applicant's Name: Philip L. Reizenstein Firm
    Name: Reizenstein & Associates, PA
    Address: 2828 Coral Way, Suite 540
    City/State/Zip: Miami, FL 33145
    Telephone:  305-444-0755
    PhilReizenstein@protonmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Michael Habib in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 23,
       New York, New York

                                              _____
                                              HONORABLE JOHN P. CRONAN
                                              United States District Judge