UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No.: 22 cr 00618 JPC

UNITED STATES OF AMERICA,
Plaintiff,
vs.

MICHAEL HABIB,
Defendant.
_________________________________/

**NOTICE OF FILING**

The Defendant, MICHAEL HABIB, by and through Reizenstein and Associates, PA., Philip L. Reizenstein, Esq., hereby files this Notice of Filing Letters for Sentencing; all redactions made herein fall under the categories listed in Section 9.A. of the Court's Individual Rules and Practices in Criminal Cases and do not require prior approval of the Court:

| | |
|---|---|
| 1 | Anton Polski |
| 2 | Asher Blum |
| 3 | Christina Ruggiero_Redacted |
| 4 | Christopher James_Redacted |
| 5 | Christy Kendrick |
| 6 | Clement Alexander_Redacted |
| 7 | David Kendrick |
| 8 | Dia Alsamara_Redacted |
| 9 | Dwain Pereira |
| 10 | Emmanuel Saitoti_Redacted |
| 11 | Frank Marques_Redacted |
| 12 | Giuseppe Ruggiero_Redacted |
| 13 | Jaylisa Richardson_Redacted |
| 14 | Jordan Clarke |
| 15 | Julian Marsman |

| | |
|---|---|
| 16 | Justin Hurlbut_Redacted |
| 17 | Kareem Hackett_Redacted |
| 18 | Kathleen Blum_Redacted |
| 19 | Lauren Habib_Redacted |
| 20 | Margaret McPhedran_Redacted |
| 21 | Marissa Rugerrio_Redacted |
| 22 | MD Young |
| 23 | Rafael Delgado_Redacted |
| 24 | Sandra Richardson_Redacted |
| 25 | Sava Milic |
| 26 | Savannah Stacey_Redacted |
| 27 | Scarlett Delgado_Redacted |
| 28 | Sonya Stacey_Redacted |
| 29 | Teresa Rego_Redacted |
| 30 | Viviane Ruggiero_Redacted |
| 31 | Letter from Defendant – Michael Habib |

Respectfully Submitted,

Date: June 4, 2024

S/*Philip L. Reizenstein*

Philip L. Reizenstein, Esq.
Florida Bar # 634026
2828 Coral Way
Suite 540
Miami, FL, 33145
(305) 444-0755
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com