To whom it may concern,

I am writing this letter on behalf of my dear friend, Michael Habib, whom I have had the privilege of knowing for the past 8 years.

It is with deep concern and conviction that I vouch for Michael's character and integrity, especially in light of the recent allegations against him. Over the years, Michael has been more than just a friend to me; he has been a beacon of hope and a pillar of support.

During a particularly challenging phase of my life, when I was grappling with addiction, it was Michael who stood by me, offering unwavering support and guidance. He not only encouraged me to seek help but also played an instrumental role in my journey towards a healthier and more productive lifestyle. His positive influence, compassion, and genuine concern for my well-being were pivotal in helping me overcome my struggles.

Michael's commitment to doing what is right, his moral compass, and his dedication to the well-being of those around him are qualities that I have always admired. It is difficult for me to reconcile the person I know with the allegations that have been made against him. In all our years of friendship, not once have I witnessed or even heard of Michael engaging in any illegal or unethical activities. It is simply not in his character.

I understand the gravity of the situation and the responsibility that lies within the court to ensure that justice is served. However, I firmly believe that Michael's detention does not align with the person I have come to know and respect over the years. I humbly request the court to consider this letter as a testament to Michael's character and to re-evaluate the decision for an extremely lengthy sentence.

In conclusion, Michael Habib is a person of high moral standing, integrity, and compassion. His actions and behaviour over the years have consistently demonstrated these qualities. I am confident that a deeper examination of the facts and circumstances will reveal the truth about Michael's innocence.

I earnestly hope that the court will take this character reference into consideration and grant Michael the fairness and justice he deserves.
Thank you for your time and consideration.

Sincerely,
Anton Polski