October 3, 2023

To whom it may concern,

My name is Asher Blum and I am writing this letter to speak about the character of Michael Habib. I have known Michael for over 15 years, and during this time I have learned a lot about him.

Michael is a lot of things to me, but firstly, he is a friend.

From the first time we met, he has been a positive influence in my life. He has always pushed me to live better in many ways. He encouraged a healthy lifestyle, such as bringing me to the gym, and showing me better and healthier food choices and most importantly discouraging the use of drugs.

Michael was one of very few people that knew I had a drug problem for a period of time in my life, and he was always the one person to tell me how unhealthy it was and I could see in his eyes he was truly saddened when he knew I was using.

When I think of Michael, I think of a man who loves and serves his family. He is a great father, a great partner to his wife, and someone who has a genuine lust for life and love for his family. Michael is someone who realizes the importance of family. His own family always welcomed me, and the rest of my family into their home for holidays and celebrations. My parents have a level of respect for him that is unlike no other, and I know that is because of the genuine care and respect Michael shows for his elders. He also loves to help and show his support for my younger brother who is a chef, he always spreads the word about him to his friends and family so they could hire him to cater their functions. Just another way he is being a true friend.

Michael and I have gone on many trips together over the years. He taught me how to scuba dive while on a vacation in Jamaica. The reason I bring this up is because, on one of our scuba adventures, something happened that truly speaks volumes to the character of Michael Habib;

We were underwater on our dive, and I ran out of oxygen. I immediately swam to Michael and he gave me his secondary breathing device. I was extremely panicked and just wanted to get up to the surface. When we got to the surface, our boat was nowhere to be seen. I was already gasping for air at this point and I did not have the strength to tread water any longer.

Michael held on to me, and kept us both afloat (btw I am about twice his size & weight) until the dive boat eventually found us. I told him multiple times to let go of me so I would not drown the both of us, and he told me to be quiet and hold on tight because he was not letting me go. Michael saved my life that day holding me by my neck and treading water for the both of us. This is just one story that speaks to his character.

Michael is a man of his word. This is a quality that not everyone possesses these days. If you ask him for a favour no matter how big or small, and he says he will do it, you can count on it.

Michael has always preached a drug free lifestyle and been a positive influence on those around him, which is why I am in shock to learn about the charges being held against him and the time he is facing. I ask you to please consider his genuine human nature when making your decisions on this matter.

Michael is a man that holds old world values. His family means everything to him, and being a genuine human being to others means everything to him.

Michael is a man of respect, a man of kindness, and he is my friend.

Sincerely yours,

Asher Blum