Christina Ruggiero
Oakville Ontario Canada

Dear Honourable Judge,

I am writing this letter in support of Michael Habib, who is currently facing an extremely lengthy sentence in your court.

I have had the privilege of knowing Michael for the past 16 years of my life. He is the most trustworthy, reliable, selfless and loving person I have ever met. He quickly became to me the big brother I never had. From a very young age Michael was always around to teach me and to guide me. He has helped me learn, grow, believe in and respect myself. He has guided me to make the best decisions possible for my life and has protected me and steered me away from trouble. More recently he has become an amazing loving and caring Uncle to my son; whom asks to see his Uncle daily. I can not imagine my son and my expectant child on the way to go through life without the love, support and guidance of their Uncle Michael.

It has also been an absolute privilege to watch him become the most amazing father in this world to my dear sweet niece; his 6 year old daughter M[redacted]. We, as a family, have spent countless hours wiping away her tears as she longs for her beloved Daddy. She looks up to him in a way that I have never seen another child look up to their parent. He shares with her so many positive things like; his love for animals, nature, humanity and so much more. He has truly taught her to be such a loving and caring person to all things and beings around her. I can not bare to think of her or my children going through life without the amazing man and positive role model that he is. A lengthy sentence would undoubtedly have a negative effect on all of these children’s lives.

Michael is also all of the above to; my sister, my mother, my father, my husband, our whole family, his whole family, our entire community and every single human being who has ever had the pleasure of knowing him. Michael has the need and the want to always help everyone around him and leave them in a better place than he found them. He would give his last to an absolute stranger if they needed it without thinking twice. I would label him nothing short of a humanitarian and this world absolutely needs more people like him in it. His understanding and compassion towards other people and the world is like no other; and where he currently is, is truly not where he belongs. To see his light being wasted behind bars is a shame.

We have all shed countless tears for him, as our homes have not been the same without his love, humour, and compassion. Michael is truly a blessing to have in our lives and he has nothing short of an army of people ready to offer their love, support and guidance to him as we patiently wait for his return home.

I understand the severity of charges being brought against Michael and I absolutely respect the courts expertise, but I hope that my insights into the person he truly is and not the person he is being portrayed to be, can be helpful in assisting you to make a fair and just decision for him.

Michael has always shown commitment to personal growth and self improvement and I am positive that this experience will only encourage him to strive harder to achieve that.

Thank you for your time and consideration.

Sincerely,

Christina Ruggiero