Christopher James Habib
Mississauga Ontario, Canada
[redacted]

September 19, 2023

Honourable Judge John P. Cronan

Re: Michael Gian William Habib

I am Michaels older brother Christopher Habib. Michael, my sister Lauren, and myself were all raised together by our mother and father. Growing up Michael always had a strong gift of compassion towards others and making those around him feel the best they could. It has been a privilege to watch him grow up into a man with the same gift he had as a child, and even more of a privilege to see him become a father and pass that gift on to his daughter.

I own a roofing & home exterior siding company, that I have operated for 17 years. For the majority of the company's lifespan, Michael has been by my side working with me as a foreman. This has truly given me a close up view of Michaels hard work ethic and his drive to achieve his goals. Being from Ontario, Canada and having cold and icy winters, our work is seasonal. This has allowed us of the pleasure being able to travel together in our off-season on many different occasions. In this precious time we have spent together, it is always clear for me to see my brothers genuine need and want to help others. Be it family, friends or a stranger down on their luck.

I am most certain that upon his return home to Canada and with the support of his family, friends, and community, Michael will be able to positively reintegrate back into society and continue his role as a great father to his 6 year old daughter, who has not seen him in almost one year now, and also be a great pillar of support to our elderly father who is 86 years old in a long-term care, and is longing for his son to see his last days.

I have a very clear understanding as to the severity of the alleged charges that Michael faces, as well as the lengthy sentence that has been sought for him.

I strongly urge you to please look at any potential alternatives that would have a more positive way of supporting my brother, who has endless potential, to be a great contributor to society if you allow him the opportunity.

Sincerely,

Christopher James Habib