September 18, 2023

Dear Honorable Judge John P. Cronan,

I am writing this letter to you in reference to my son Michael Habib. As his Mother, I have watched this wonderful young man grow up to be a kind husband and devoted Father. While I understand how serious this situation is, I find it very disturbing to have these allegations connected to my son. I believe that a glimpse into my son over the years will give you more insight into the person standing before you.

I have witnessed many occasions where Michael has demonstrated his sensitivity, sincerity, and kindhearted nature. From his childhood onward he has demonstrated his good heartedness, being a good teammate in sports, volunteering at local schools to demonstrate his love of martial arts & self defence techniques, on to getting his PADI diving certificate and always lending a hand to other divers.

As a dedicated provider to his wife and daughter, the love and affection for them is immeasurable. Michael is constantly engaged with his daughter, from building backyard gardening tables for her, teaching her about the life cycle of seeds, growing fruits and vegetables, and always being in the kitchen with her to teach her traditional dishes. He is always showing her life skills whether it be camping with a tent in the backyard – to many martial arts, fishing, skating, bicycling.

We can always find Michael with his daughter sitting upon his shoulders when they are out exploring and learning about nature or wildlife.

Michael spent a week in the Children's hospital, never leaving her side , while she recovered from a very severe ear infection.

As his elderly Father ages in a Long Term Retirement home, Michael visits him daily to provide him with his favourite meals while he understands he only so much precious time left to be with him.

Over the years, Michael has continually challenged himself by learning new skills. Whether it be learning a new languages or taking up a new area of interest in the construction industry. Most recently while he has been awaiting the verdict of this case he has been studying the electrical trade, and also taking whatever courses he is able to in the facility, while keeping his mind sharp with Suduko in the downtime.

A true example of his generosity and humanitarian efforts is his recent travels to Africa, where he helped a group of indigenous peoples of the Maasai Tribe to create an educational village where they could become self sufficient by teaching tourists about their culture in exchange for money to get their families out of famine and poverty. This has been a very proud moment to behold.

This truly demonstrates that he is a kindhearted human-being that deserves a chance to rehabilitate back at home with his family and close community of supporters.

From the heart of a mother, I kindly ask you to please consider a more humane alternative and a much more positive resolution that would allow him to re-establish a precious bond with his daughter, wife, family and friends.

I remain faithful that you will consider the true character of Michael and consider alternative measures in your decision, that will allow Michael to return home and continue to contribute to society in a positive way. I thank you for your time to read this glimpse of my son Michael, and respect your decision in this matter.

Respectfully,

Christy Kendrick