[redacted]

North Miami Fl

[redacted] USA

09/19/2023

RE: Michael Habib

To whom this may concern,

My name is Clement Alexander, a resident of Miami for over 2O years now. I am currently a school bus driver with Miami-Dade County Public Schools pursuing advancement with Miami-Dade Schools Police Department.

I met Michael in 2016 at Miami Cuts Barber Shop when I was then the owner/manager. Since then, he has been a dear friend of the family. We have enjoyed so many memories together whenever he was in town. We have spent many great fishing days on the water, he introduced me to golfing and he also encouraged me to join a boxing gym and get my health on track.

Michael is a very sociable person who enjoys the boxing gym; where all of the guys there love him. Many times, we have had fun and memorable cook outs with friends. Michael is an excellent cook, especially with steaks and seafood. Michael loves Miami and the events we would attend like boxing fights, hockey games and the Hard Rock on weekends.

My family misses him, I miss my friend.

I am writing to you as his friend to attest to Michael Habib's character; he is a very good person, a true friend. He has a beautiful daughter who misses him and can't wait to reunite with him.

Thank you for taking time to read this letter, please feel free to contact me if you have any questions.

Clement Alexander

[redacted]