Honorable Judge,

My name is David W. Kendrick.

I'm writing on behalf of Michael Habib, whom I am blessed to have as a nephew.

If I was to paint a picture of Michael it would be that of a loving, kind, hard-working, compassionate man always willing to extend a helping hand to others.

My intent in writing this letter is to humbly request of the system and all of the individuals involved in determining a decision on the future of Michael's life, please take into consideration that your decision reflects what is best for society in general, but also what would be best for Michael moving forward.

Michael has a young family desperately waiting for his presence at home, as well as a large and loving extended family, including a strong and supportive circle of friends to stand by him.

Michael has been using this time wisely while he is awaiting the determination of this case. He has been avidly reading, studying and exploring possible opportunities to better himself, and further his career in the building and construction field. One study he has dived deep into is adding a licensed electrician to his belt. His mother, (my sister), has sent him many books at his request, books pertaining to this field.

Being in the construction industry myself for over 40 years, I recognize the need for people in the trade where we live, and I can assure the opportunity for Michael to rehabilitate back into society, and keep himself productive and supported will be awaiting him when he returns home. I know it will serve him and society well and I sincerely believe that given the opportunity, he will move forward with great commitment.

Thank you for taking the time to read this and for giving me the opportunity to give you a glimpse of Michael as we know him.

Sincerely,

David W. Kendrick