To whom it may concern,

I am writing in support of Michael Habib. My name is Dia Alsmara, and I am a current student of Michael and Is mutual boxing coach, Rafael Delgado.

I met Michael seven years ago when I was first beginning in the sport of boxing. As a young man, I have had many challenges throughout the years and my intentions with boxing was to have a positive outlet. There were days when my emotions would get the better of me, and Michael has supported me during very hard times.

Michael has been able to relate with me and give me guidance, as well as understand how and why to use the sport of boxing for the discipline rather than an aggressive outlet.

Since meeting Michael, I have graduated from high school, started a job at Home Depot and am currently competing with hopes towards a national level in the sport of amateur boxing.

Michael has been significant in my journey in this sport and I hold deep gratitude and care for him. Sincerely,

Dia Mohammed Alsmara
[redacted]