To Whom It May Concern,

I am writing this letter on behalf of Michael Habib, a close friend and business partner with whom I have collaborated for several years. I understand the gravity of the situation Michael is currently facing, and I felt it necessary to share my personal experiences and insights into his character.

Throughout our partnership, Michael has consistently demonstrated exceptional qualities such as dedication, innovation, and leadership. One of the most significant projects we embarked on together was assembling servers to provide compute power for applications in machine learning, data mining, and cryptocurrency mining. Michael's expertise and mentorship were of extreme value during this endeavour. His vision and guidance were instrumental in our goal of becoming brokers for compute power in large-scale artificial intelligence and machine learning commercial operations. Although our aspirations have been temporarily halted due to his current circumstances, the foundation and progress we have-made were largely due to Michael's contributions.

On a personal note, Michael's mentorship has been a cornerstone of my success in the computer hardware freelancing sector. His insights, guidance, and unwavering support have not only enriched our business ventures but have also significantly impacted my professional growth. The Michael Habib I have come to know and respect is a visionary, a dedicated mentor, and a valuable business partner.

I fully recognize and respect the legal system, and I am not attempting to downplay the seriousness of the charges against Michael. However, I believe it is crucial for the court to have a comprehensive understanding of his character. Beyond the current situation, Michael has consistently shown himself to be a person of integrity, vision, and commitment to both his professional and personal relationships.

I kindly ask the court to consider this letter and my experiences with Michael when making any decisions regarding his case. I genuinely believe in his potential for rehabilitation and growth, and I hope for a fair and just outcome for him.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,

Dwain Pereira