Emmanuel Lazzaro Saitoti
Ngorongoro, Tanzania

September 13, 2023

To the most honourable judge,

Hello, my name is Emmanuel Lazzaro Saitoti; a Tanzanian Maasai Tribal people. I am a young male of 23 years of age born on [redacted] 1999 in Arusha-Tanzania, but my origin and settlement place is Ngorongoro.

After my upper secondary studies completion in May 2022, I went back to my village to live with no mission. Despite having knowledge, and being the best student in my school, my family living in the village was the deciding factor of what I could engage in after my upper secondary studies; that meant watching and raising cattle; since we are cattle herders. Unfortunate it so happens that there is nowhere to apply all of my knowledge I received from my schooling in the village.

In June of 2022, I meet Mr. Michael Habib for the first time when he came as a tourist visitor to my village. Michael saw the real life situation in my village immediately on his first day of arrival, most of the village people are poor, malnourished and unable to afford basic needs. Most touring visitors that pass through our village enjoy to pity the living standards, use their visit as a photo opportunity and then be on their way.

Mr. Michael Habib's genuine humanitarian soul was able to immediately see the real situation of my village on his first day of arrival. Within a day or two of Mr. Habib returning to the city; he returned to our village with an unforgettable surprise to our people; He brought us rice and sugar and milk. For him being a westerner the cost of these items was probably the cost of 1 single restaurant meal in America; but for our people it meant that our families could eat for a few weeks. The people's hearts were full of joy for what Michael did because he solved the famine problem for that moment in time.

Furthermore, Michael Habib's compassion was shown again when he started to brainstorm with the villagers and think of ways he could help people find employment so that they may be capable of affording their basic personal necessities. He came up with a wonderful idea to move our Maasai Tribe Cultural village out of the safari desert crater and into the island where there is a city full of tourist.

Mr. Habib helped us to develop a business plan that would provide educational tours to people in the city about the Maasai Tribe way of life and allowing them to come into our community and getting the full Maasai experience and learn about our ancestral culture, this would help our people generate an income to be able to feed our family. Mr. Habib was with us everyday for 2 weeks while we moved our cows and wooden huts, he put his blood, sweat and tears into making sure we got our village set up so we could execute our plan and create a way of employment to support our basic needs.

There are currently over 80 peoples lives who are now benefiting from working in the cultural village that Mr. Michael Habib helped us to put together. Along with that the tourist that come here now get to fully understand our ancestral way of life and the tru history of these lands. Our tribe can never repay Mr. Habib for all of the inspiration and effort he put forth into believing our community could achieve this. Mr. Michael Habib did something that is more vital to myself and my whole of my community than he will ever know.

Apart from doing much for my community, he also helped me personally after seeing some challenges that I was facing like being able to find a driving school and trying to enrol myself in post secondary education. Mr. Michael Habib helped me find a driving school and took me from my home village to complete my testing and pass. He also helped me connect with the necessary people in the city to be able to enrol myself into the post secondary education that I needed. The support he showed me is comparable to that of which I may receive from my own mother and father.

I ask you your honour, that you please take into consideration the type of genuine, compassionate human being Mr. Habib is, he is the kind of human that is essential for humanity to move forwards. Also I am asking with the most amount of faith, that you can to realize he has a small child at home who is dearly missing him, and these years of her life will never come back to her. To have a father figure as compassionate as Mr. Michael Habib, is a true blessing that she will need in her life.

I know you have a duty to fulfill but please take into strong consideration the type of human being Mr. Michale Habib is when you are making your decisions.

Thank you for your time,

Emmanuel Lazzaro Saitoti