September 19, 2023

Written Statement

From: Frank Marques
Born: [redacted] 1987
Residing at: [redacted] Ontario Canada

To whom it may concern,

I have known Michael Habib for over 20 years. We met at Kombat Arts Martial Arts Academy in Mississauga. Michael has always been my number one supporter. If not for him I would have never been able to pursue my dream of becoming a professional athlete.

He helped me get to and from training and motivated me to have a good diet and stay away from drugs and alcohol. In 2012 he attended every one of my professional MMA fights. I have been victorious every time he was in my corner supporting me.

After retiring from Professional fighting, Michael helped me land a job doing construction so I would stay out of trouble, and with the money I was able to save from that job, I started my own martial arts academy, where I was able to gain experience and make a positive reputation in coaching, and I was eventually offered a big job coaching with world class athletes, one of which is competing for a world title this fall.

Michaels gestures of care and kindness allowed me to follow my dream and do something that I am very passionate about.

Had it not been for him, I'm sure I would be either dead or in jail.

Sincerely,

Frank Marques