Giuseppe Ruggiero
Oakville Ontario Canada

Dear Honourable Judge,

I am writing this character reference letter on behalf of my son-in-law, Michael, who is currently facing sentencing in federal prison under your court. I have had the privilege of knowing Michael for 16 years and have had the opportunity to witness his character, values, and actions throughout this time.

I want to emphasize that Michael is a dedicated and loving family man. He has shown unwavering commitment and support to my daughter, Marissa, and their 6 year old daughter M[redacted]. His role as a father has been exemplary, always putting his family's needs first. He actively participates in the upbringing of his daughter, providing her with guidance and love.

In addition to his family values, Michael is a hardworking individual. He has consistently worked hard and built a thriving home-build & roofing business with his brother over the past 15 years. Aside from that, he has helped me on many occasions with major contracts installing commercial windows and doors when my employees were unavailable.He is very quick to learn and always there to offer a helping hand when he can. His dedication, reliability, and professionalism has proven him to be a responsible and contributing member of society.

Throughout the time I have known Michael, he has demonstrated integrity, honesty, and a willingness to help others. I sincerely hope that you consider these aspects of his character when making your decision regarding his sentencing. I firmly believe that Michael is capable of learning from this experience and becoming a productive member of society once again.

I kindly request that you take into account the positive attributes and the potential that Michael possesses when determining his sentence. My family and I are deeply concerned about his well-being and are hopeful that he can be given an opportunity to continue his life outside with his family.

Thank you for taking the time to consider this letter and for your careful deliberation in this matter.

Sincerely,

Giuseppe Ruggiero