Jaylisa Richardson
[redacted]
Lasalle, Quebec [redacted]

I, Jaylisa Richardson am writing this support letter on behalf of Michael Habib who I have known over 15+ years and has been a very close and dear friend of our family. Though I do respect the decision of the courts, I wanted to take the time and share with you the Michael Habib that I have come to know and the impact he has had on my life over the last couple of years.

Growing up in a small town was always quite difficult not seeing much opportunities and room for growth , Michael was always like a big brother to me continuously pushing me to go harder to get bigger grades on my Tests/ exams , helping me plan for the future getting me to see the potential I did not know I had in myself. Always thought and seen the more positive things in life when things got hard and you wanted to give up. Michael definitely plays a huge part in my career today. To this day I know I can rely on him and count on him to be there for me whether it is to be a mentor or just someone to talk to and gain knowledge from. I also do keep in contact with his beautiful 6 year old daughter and I would love to see her get the chance that I had and to continue to learn and grow from his wisdom.

I am confident that Michael Habib will continue to share his great positivity and knowledge and have an impact on other individuals' lives. He is a hard worker and cares a lot for those that he is surrounded by and only will push them to be better and greater in whatever they do. If he gets the opportunity to be brought back to rejoin society he has a huge support system including myself to help him to continue to do great things for his community and friends.

Thank you for your time and consideration. I trust that all fairness of the court in making a well - informed decision will consider what is best for Michael Habib and society. Feel free to contact me directly if you would like more details or have any questions.

Jaylisa Richardson