To whom this may concern,

My name is Jordan Clarke. I am from Halifax, Nova Scotia, Canada. My employment background has been in law and security for nearly 20 years. Part of that time I was a correctional officer at the Central Nova Scotia Correctional Facility in Burnside, Nova Scotia and currently I am a Protection Services Officer at the IWK HEALTH CENTRE in Halifax, Nova Scotia.

I have known Michael Habib for approximately 15 Years. I met Michael at a boxing gym while I was a protection services officer; and also a pro-boxer and aspiring trainer. I stayed in contact with Michael for several years after that.

The sport of boxing is something that changed my life as a young adult and I wanted to attempt to make it my life, full time. I wanted to help others like myself, chase the dream of becoming a national head coach\trainer. In September of 2016, I left Halifax, Nova Scotia to move to Toronto, Ontario and work towards my dream.

Upon arriving in Toronto, the living and working arrangements were not what I was told they would be. I was basically left stranded in an unknown metropolis all by myself with nowhere to go and no food to eat. Under so much dis-stress I decided to reach out to my long time boxing friend Michael Habib, and with no hesitation, he met me in the city and helped me find a place to stay, food to eat and anything else I needed help with. Although things didn't work out as I had planned and I eventually had to return to Halifax, Nova Scotia; for that period of time in Toronto, Michael was like an Angel on my shoulder. I don't know what I would have done without him. There are no words that I can say that will justify what he had done for me in time of need while I was stranded in that big city.

I am writing this letter of support of a person that did things for me in my life that I can never re-pay. I know Michael to be a great man, a father, a teacher (boxing) and a friend.

As I stated, Michael was truly like an angel on my shoulder for that short period of time in my life and I am not sure where I would have ended up if it was not for him.

Thank you for taking the time to read this, it is much appreciated.

Sincerely,

Jordan Clarke