*To Whom May Concern,*

*I am writing to recommend leniency in Michael Habib's sentencing. I have known Michael Habib for 14 Years and have always found him to be a kind, honest, and responsible individual.*

*I met Michael when I was 12 years old, we used to box together. He mentored me, and because of him I have gained so much positivity in my life. I was having mental health issues, at the age 16 and Michael helped me find ways to navigate life in a positive way.*

*I believe that Michael is truly remorseful for his actions in the situation at hand and has the potential to become a valuable member of society. I urge you to consider leniency in your sentencing decision and give Michael the opportunity to move forward and make positive changes in his life.*

*Sincerely,*

*Julian Marsman*