September 19, 2023

To whom it may concern,

I am writing this character reference letter as a close friend of Michael Habib for the past 30 years of my life. I am privileged to have known Michael for such an extensive period of time; since we were small children; and I can wholeheartedly attest to his remarkable character and qualities.

Over the years, Michael and I have shared countless experiences, both joyous and challenging. Through it all, I have witnessed his unwavering integrity, loyalty, and exceptional character.

In his personal life, Michael is a steadfast and reliable friend who can always be counted on. Michael is not only an exceptional friend but also an exemplary father who is very committed to his family. Over the past three decades of our friendship, I've had the privilege of watching him grow into the loving and dedicated father he is today.

Michael's kindness and compassion are evident in his everyday interactions. He possesses a genuine concern for the well-being of others and is quick to offer assistance or a listening ear when needed. His positive outlook on life is contagious, and he has a unique ability to uplift those around him.

As someone who has had the privilege of knowing Michael for so many years, I can confidently state that he is a person of exceptional character and integrity. He is a true friend and a caring person.

I endorse Michael Habib as an outstanding individual who brings a wealth of positive qualities to any situation.

If you require any further information or would like to discuss Michael's character in more detail, please feel free to reach out to me at justinhurly@gmail.com or [redacted]

Sincerely,
Justin Hurlbut