Kareem Hackett
[redacted]
Los Angeles, CA [redacted]
September 27th, 2023

Re: Character Reference for Michael Habib

Dear Judge Cronan,

I am writing this letter to provide a character reference for Michael Habib, who is currently facing sentencing in your courtroom. I have known Michael Habib for over 15 years and have had the privilege of witnessing his character, integrity, and contributions to our community at home in Canada.

Throughout our friendship I have consistently observed his dedication to his family, friends, and our community. He has always demonstrated a strong commitment to the martial arts community, and he has personally changed my life for the better. Because of his kindness and mentorship, I was able to go to my first international tournament that I won. His kindness and generosity lead me down the most amazing career path as a professional boxer that I am now an international champion in. I grew up in an environmentalist with a very unfortunate support system and I can confidently say without Michaels ongoing and uplifting support, I wouldn't even have had the mental strength to create the fulfilling life that I now have.

Furthermore, I wasn't the only young boxer he supported in this way. There were many of us. The boxing & martial arts program he mentored up in gave us the tools to become leaders, role models and positive contributors to society. These actions reflect his genuine desire to make the world a better place, and I strongly believe he is a very valuable and productive member of society. He has always been and I believe will always be 100% always committed to making positive changes in his life and our community.

I believe he is remorseful for this entire situation and I hope that you will consider his character and his potential for a bright future when determining his sentencing. I believe that he has the capacity to learn from this and make valuable contributions to society.

Thank you for your time and consideration. I hope that you will weigh my testament to his character and potential when making your decision.

Sincerely,

Kareem Hackett
kareem.hackett@gmail.com
[redacted]