September 20, 2023

Kathleen Blum
[redacted] Ontario Canada

To whom it may concern,

Michael Habib was introduced to my family about 15 years ago. Since then I have felt like he was one of my own sons.

He has always been polite, helpful, and considerate, and swears he likes my lemon squares - which are probably not very good. Michael is a true and genuine friend to both of my sons; Asher and David.

When Asher had a debilitating stroke, Michael was there for him daily, helping him with whatever was needed.

He also helped my other son David, who is deaf, to pursue his dream to be a professional chef. Michael made sure to tell all of his family and friends about David and many of them ended up hiring him to cater various family functions; baptisms, weddings, baby showers etc. Thus giving him the confidence he needed to move forward in his career. Later on when David became a successful private chef, Michael helped people in need land jobs in his kitchen.

I can not imagine a kind and genuine father like Michael not being there for his daughter to grow up. I understand the severity of what has been accused of Michael, and I respect that there are procedures in place in the US justice system, but I truly hope you can find an alternative solution to the punishment he is about to face.

Sincerely yours,

Kathleen Blum