Lauren Habib
[redacted]
Toronto, Ontario, Canada
[redacted]

September 19, 2023

Re: Sentencing of Michael Gian William Habib, Inmate 31866510

Dear Honorable Judge John P Cronan,

My name is Lauren Habib, I am Michael's sister, and he undoubtedly is one of the greatest loves of my life. I was lucky as the eldest, to have been given two "big" younger brothers to grow up with, and not surprisingly, both have always cared for me like I was, the baby. The three of us are approximately sixteen months apart in age, and I have watched Michael grow in a positive way as a human, partner, and father over the years. I am writing today; in support of the person and character I know Michael to be, and asking for your consideration of alternative disciplinary action that would support his rehabilitation and subsequent return to his family, his philanthropic service and ultimately, to his community in Canada.

I have worked in philanthropy for the last twelve years at the children's hospital foundation in Toronto, Canada. It is a hospital you hope to never need but you are always happy to know is there. And it was a place I watched my brother quickly move into, with just the clothes on his back, when my niece M[redacted] was sick, a few years ago. Thankfully, her stay wasn't long term, however, it certainly scared us all and truly gave me an in-depth look at what a dedicated, strong, and loving father Mike has become. It was something I had always known, given his huge heart, however, it landed differently seeing them together in the hospital – they have a very special bond. Mike's commitment to his family (his partner Marissa and his daughter – M[redacted]) is deeply rooted in love, their commitment to maintaining a healthy and active lifestyle, travelling the world to dive and explore, and as of recent, working together to research and plan out the correct educational path for M[redacted].

Mike is an avid golfer, fisherman and has graduated with his advanced diving certificate – serving him well, as he is a lover of nature and animals. He is committed to eating well and exercising; and as a couple, Mike and Marissa have been enjoying taking young M[redacted] to swimming lessons, ballet and holiday pre-school concerts.

To my pleasant surprise, more recently, I learned that Mike has been leading humanitarian programs in a small village in Africa. As a sister, I couldn't be prouder. His service and commitment to others – shows true leadership, an entrepreneurial spirit and he is genuinely excited to help build a sustainable environment for those who lack the resources, training and education they need to live. Throughout our conversations over

the years, Mike has shown significant growth as a compassionate human, a philanthropist, a father, family-member, and friend. He and I have discussed at great length – true values, what it means to love your family and he has shown great love and participation in our family celebrations, milestones and is a treasured and integral member of our family.

While I've not been privy to outcomes of the justice system in the U.S., I studied Political Science during my undergraduate degree and continue to learn a lot both in school and throughout my work in philanthropy, about systemic oppression and the disparities and challenges that exist within the system. While I respect and appreciate the role of the justice system cross-functionally, I do not believe that it always "works" to support the rehabilitation of those who can be saved. Michael is someone that has a bright future ahead of him and I know that he will work very hard, with the support of his family and community, to give back by helping others. He has demonstrated this over the past couple of years, it is his passion and something that deeply motivates and drives him. I can tell you wholeheartedly that Michael Habib is someone this world needs. Please give my brother a chance to live a purposeful, dedicated, life of service to others.

Please consider alternative rehabilitative accommodations that will support his timely reintegration into society. I greatly appreciate your due diligence and time reviewing his character letters and words of support.

Kind regards,



**Lauren Habib**

Associate Director, Stewardship, Donor Relations, and Event Services

SickKids Foundation, Toronto, Canada