September 15, 2023

Re: In support of Michael Habib

To the Honorable Judge,

Your Honour , My name is Margaret Mc Phedran , and I am a first cousin of Michael's mother Christine Kendrick. I have known Michael all of his life, and I have witnessed from a young age his curiosity, kindness toward others, and love for his family. I have watched him grow and mature into the man he is today.

I have also observed the toll that his absence has taken on his wife and young daughter. M[redacted] is only 6 years old and has just started first grade. She misses her father desperately. She misses all the time they have spent together, as he teaches her and shares his curiosity for all things with her: nature, cooking, gardening, camping, and sports like soccer, skating and cycling.

I understand the seriousness of the charges brought against Michael, and I respect the role of the court and the justice system in ensuring the safety of the community however, I ask you to please strongly consider leniency in your decision, and take into consideration him returning home to his young family and his community, where he may continue to be a loving husband and father, and a valuable member of society.

Respectfully,

Margaret L Mc Phedran

Collingwood, ON, Canada