Marissa Ruggiero
Oakville, Ontario, Canada

September 11, 2023
Re: Support Letter for Michael Habib

Dear Honourable Judge John P. Cronan,

I am writing this letter to offer my utmost support and provide some insight into the character of Michael Habib, who is facing an extremely lengthy sentencing in your court.

I have known Michael for the past 22 years of my life and have been in a relationship with him for 13 of those years. From young teenagers to young adults I have had the privilege to see Michael flourish into an extremely hardworking, amazing man, and loving father to our daughter.

In all of the years that I have known Michael he has always been the most caring and selfless human being. He would literally give the shirt off of his back to help someone in need. The guy who helps an elderly lady carry her groceries to the car; that is Michael. The family member who is always able to cheer anyone up; again that is Michael. I can go on forever, but I just want to give you examples of the type of person he is.

His light is something this world needs more of not less of.

Michael was always the one person in my life that pushed me to believe in myself when no one else would, and always encouraged me to keep chasing my dreams and not give up. I have seen people do some very nasty things to Michael, and he is still able to stand tall with compassion and understanding towards them. He is an extremely noble human being that this world is lacking, and behind bars is not where he belongs.

My sweet baby girl M[redacted] H[redacted] is 6 years old, she absolutely adores her father. He is her hero. She desperately missed him last Christmas, and then on her 6th birthday, and again for her kindergarten Fathers Day bbq, once more on her pre-K graduation day, and most recently her big 1st day of grade school. She loves soccer so much and was set to start playing in a league this past spring but she begged me to delay he start because she said she needs her big dad to be there so he can play and practice with her. I have spent many nights comforting her tiny tears because she is longing for her father. I refuse to tell her his whereabouts because I will not be the first person on earth to break her heart. I have simply told her has to work out of town for some time; and we pray everyday for him to have a safe and speedy return home to us.

Michael has been such an amazing hands on father to M[redacted] since the day she was born. He is a positive role model, he works hard to provide for her and he takes pride in protecting her. He is a wonderful teacher; sharing with her his love of animals, nature, fishing, cooking and sports; and teaching her confidence, resilience and responsibility. He is an example of what every father should strive to be. A lengthy and punitive sentence would undoubtedly have a significant and life altering impact on her life.

I understand that the charges against Michael are serious, and I do not intend to minimize their significance. However, I believe it is crucial that you are given a complete picture of his character to be able to evaluate your decision and not rely solely on the images that are being painted of him.

Michael has an enormous support system at home that consists of many family members, close friends, and others in our tight-knit community that are all patiently awaiting his return home. I respectfully request that you consider alternative sentencing options that would allow Michael to continue his journey in life as a positive contributor to society and fulfilling his role as a husband and father. I trust your wisdom and judgment to weigh out all the necessary factors carefully and determining a fair and just outcome.

Thank you for your time and consideration.

Sincerely,

Marissa Ruggiero