September 19, 2023

Dear Honourable Judge,

The aim of this letter is an attempt to demonstrate the good character of Mr Michael Habib. I have known Mr Habib through a mutual friend for almost 5 years now, and I can confirm that he is a kind, considerate, and. Loyal person to anyone who he considers a friend.

Mr Habib is well-regarded amongst his peers, and those who get to know him, and is always willing to lend a helping hand to anyone in need.

Over the years, Mr Habib has proven to be a person of good character, and he has always conducted himself with dignity and compassion towards those that he works with and his fellow counterparts.

I hope that you will take this into consideration.

Thank you for your time with this matter and for the opportunity.

Sincerely yours,

M D Young

Michael D Young, JM, LL.M.
mdy@youngs-corp.com