# Delgado Boxing & Fitness

[redacted]
Mississauga ON, Canada
Battle Arts Academy

To whom it may concern,

I am writing this letter in support of Michael Habib.

To introduce myself, my name is Rafael Delgado, I am the CEO and head boxing coach at Delgado Boxing & Fitness. I have been a boxing coach for over thirty years in this industry and have been working with troubled youth, military personnel, professional competitors, as well as recreational students. I met Michael a little over twenty years ago when he was around fifteen years old. Michael came in seeking a positive outlet for the normal pressures most adolescents face daily.

Throughout the years, Michael has been maturing into a responsible young man, as well as a positive role model for the new coming youth in my facility. He has supported underprivileged youth through various outlets such as mentorship, sponsorship, and overall support.

Most recently, becoming a father himself has been most wonderful to witness; his commitment and responsibility to his daughter and his family is impeccable.

I understand the duties of the court and judicial system, however I also understand that sometimes people get mixed into situations that are truly not their situations, so I ask you kindly, to please consider his genuine character from people who truly know him.

If there are any more questions, concerns or other inquiries, please feel free to contact me at your convenience

Sincerely,

*Rafael Delgado*
[redacted]
*latnboxaxx@gmail.com*