Sandra Richardson
[redacted]
Lasalle, Montreal, QC, [redacted]
dejagrace987@gmail.com
[redacted]

9/08/2023

**Re: Letter of Recommendation for Michael Habib**

Your Honor,

I am writing this letter to provide a character reference for Michael, who will come before you in your honourable court.

I would like to share my experience and perspective on Michael as I feel this may be valuable in your deliberations regarding his sentence. I have known Michael for 25 years and have grown to love him as a second son. Michael is a family man with a loving wife and beautiful 6 year old daughter who sees him as her hero. He is reliable, hardworking and does the best he can to provide a safe, loving and comfortable home for his family. Meeting Michael as a young teen, I've been proud to watch him grow into the man he is, and to witness the obstacles he's overcome and the resilience, patience and kindness he possesses.

Michael has shown a commitment to self-improvement and personal growth, is actively engaged with his community and has a strong support system, myself included. Michael's history of employment displays his capacity to be a contributing member of society when given the opportunity. We want to help him on his journey to rehabilitation and reintegration and to see him be able to continue making a positive impact on the lives of his neighbours, friends, community, loved ones.

I understand the court's primary duty to protect their community and ensure justice. I understand the seriousness and impact that the allegations made against Michael may have had on others. However, I believe that his potential and commitment to positively contribute to society should also be heavily considered.

I respect the court's experience and expertise, but I hope my insights can assist in making the best decision for Michael and his family.

Thank you for taking time to read this letter and for considering my perspective. I would be happy to provide any further information or answer any questions that may aid in this process as needed.

Kind Regards,

Sandra Richardson