September 17th, 2023

To Whom It May Concern:

This is a letter of support and recommendation for Michael Habib,

Michael has been the best brother-in-law in the world to me for the past 6 years and an amazing uncle to my 2-year-old son. He is a key member of our family, always bringing happiness and joy, and always keeping a smile on his own, and everyone else's face.

On top of his positive attitude, he brings a great degree of discipline, morals, and values to the children, and rest of the family through his traditional beliefs.

He is one of the most helpful and hardworking people I have ever met. Michael has spent numerous hours helping me with various electrical and construction jobs, and has even placed an interest into expanding his knowledge by learning the electrical trade, and starting an apprenticeship with me.

Michael possesses all of the qualities of a role model figure and a genuine person within the family and the workplace. He is punctual, hardworking, disciplined, dedicated, caring, loving, and many more things you can only experience once you get to know him.

I stand beside him in any situation, and give my full support. As he has endlessly shown me and my family nothing less.

Thank you in advance for your consideration of this letter.

Sincerely,

Sava Milic