Savannah Francis
Montreal, Quebec, Canada

September 20, 2023

To whom it may concern,

I am writing this letter in the support of Michael Habib, whom has been a very close family friend of ours for 11+ years. Michael has not only been a true friend, but for me he is like an older brother, and to my five young sons Michael is like an Uncle.

For all five of my boys, Michael has been there for each birth and all of their milestone moments. He has always made sure to be present for each of their birthdays and if he could not make it, he is the first family member to FaceTime on the day of the birthday. Although life gets busy, Michael has come to as many of the boys' hockey games as he can, and is always proudly rooting them on. My five sons adore their "Uncle Mikey" and look up to him as their role model. He has taught them to catch lizards with their bare hands, how to fish and then how to cook the fish they have caught. He has truly taught my boys to be adventurous and fearless.

Michael is a wonderful family man. He does the most he can to show his wife Marissa and his 6 year old daughter M[redacted] how much they mean to him and how special and important the family unit is. Michael always puts his family first and loves them endlessly. We have had many family trips together over the years with all the kids and he treats every one of them as though they are his own. He sets a remarkable example of showing his young daughter M[redacted] how to treat and care for those we love. She adores her dad so much and if you know the both of them, you can truly see his compassion for others shining through her by the way that she interacts with and treats those around her. His absence from her life for a such significant period of

time while she is growing up is undoubtedly going to be the most devastating period of her life, and I along with many other loved ones of this beautiful family are extremely concerned for the life altering effects his absence will have on this sweet girl and their truly magical bond.

Michael is selfless and genuine. He is caring and kind, and always shows up for those around him if they need a helping hand. If he saw something that needed tending too or help with, he would do it without expecting anything in return. It's just the type of person he is.

I strongly hope that my insights can help you to make the best decision for Michael and his family.

Sincerely,

Savannah Francis