**Team Boxing Canada Athlete**

scarlettdelgadoboxer@gmail.com
Phone: [redacted]

**To whom it may concern,**

I am writing this letter in support of Michael Habib.
To introduce myself, my name is Scarlett Delgado and I am a national team member of Boxing Canada.

I met Michael fifteen years ago when I was first being introduced to the sport. Michael was one of the senior athletes at this time and was consistently encouraging and offering guidance to me. As a young woman in a male-dominated sport, fifteen years ago had a dramatically different culture within boxing gyms, and very few boundaries were enforced. Michael always made sure I felt safe in my space to grow and learn without being interrupted from negative outside influences.

Michael has been consistently in the gym watching and supporting my growth and development in boxing and has provided sponsorship and mentorship throughout the years. He was always a friendly face in the gym, and I always felt safe to be around him.

I regard Michael as an important and positive reference in my boxing career; be there any other questions, concerns or inquiries, please feel free to contact me.

Sincerely,

Scarlett Delgado

**Team Boxing Canada Athlete**
Scarlett Delgado
2 x Canadian Champion
2 x AMBC Continental Champion
IBA Ranked Top 5 in World