Sonya Stacey
Montreal,Quebec,Canada

September 19, 2023

Dear Honourable Judge:

I am writing this letter in support and to provide insight on the character of Michael Habib, who will be facing sentencing in your court.

My name is Sonya Stacey and I have known Michael Habib for 10+ years. He is a dear friend to my whole entire family. I have always known Michael to be an honest, trustworthy, caring, reliable, and outgoing family man. He has always shown my family the utmost respect and has over the years become like an older brother to me. He has always encouraged me to become a better version of myself and to always strive to achieve my goals.

The last time I saw Michael he was so proud to show me pictures of a community of Maasai tribal people that he was helping in Tanzania, Africa. The most beautiful attribute about Michael is that he never judges any human being on there race, or colour, or class. He treats everyone he meets with kindness and respect, and he would give his last to anyone in need.

Michael has always shown to be loving and supportive to his partner Marissa, and even more so he is an amazing father to his daughter M[redacted]. Since the day M[redacted] was born, her and Michael have had a very special, and almost enchanting father-daughter bond that everyone is able to see.

I understand the seriousness of the charges being brought against Michael, however I do believe he deserves a fair and just sentencing.

I truly hope that you will take into consideration his deep commitment to his family when making your decision.

Kind regards,

Sonya Stacey