September 19, 2023

RE: Character Reference Letter for Michael Gian William Habib

The Presiding Judge

Your Honour,

I have personally known Michael Gian William Habib for over 22 years, and throughout the many years that I have known him he has demonstrated qualities of integrity, generosity, kindness, and sincerity. He has always treated me, my entire family, and my entire boxing community with the outmost respect.

My boxing gym has been in operations for 25 years; since Michael was a young teenager. Michael was always involved in the community in positive ways, volunteering, and proving himself indefinitely to be a positive role model for the younger generations as he grew into an adult.

During Michael's incarceration over the past 10 months he has expressed overwhelming feelings of remorse and anxiety. Michael is a good standing member of the community he grew up in, and I know when he returns home he will use this situation to positively improve himself and continue his role as a community role model.

If you have any questions please do not hesitate to contact me.

Sincerely,

Teresa Rego
CEO, Owner & Operator of HUF Gym Inc.
[redacted]
@hufgym