Vivian Ruggiero
[redacted]
Oakville Ontario Canada

Dear Honourable Judge,

I am writing this character letter in support of Michael Habib who is currently facing charges and a severe and lengthy sentence in your court.

As Michaels mother in law, I have had the privilege of knowing him for approximately 14 years. He is responsible, reliable and a trustworthy individual who has always taken care of his family and his responsibilities.

During this time I have also had the pleasure of observing many more positive attributes Michael has, such as his commitment to his family. He absolutely loves his little girl of 6 years old, and she looks up to him and loves being with him. He has a great sense of humour, is caring, and teaches her many things for example; teaching her to swim, ride her bike, and getting to know nature and all of its finest bugs. I would love for this to continue to happen in these most important years of her life. He has also shown great love, dedication, and commitment toward his wife.

His time spent with the family is always a time well spent. He is always helpful and shows us all great love! He never hesitates to help me out in the kitchen or wherever else I may need help, he puts others before himself time and time again. His respect for his elders is unmeasurable. He shows me such great support and care, and I am so proud to have him as my son in law. Our household has truly not been the same without him.

I understand the seriousness of the charges brought against Michael and I do not intend to undermine their gravity. However, I do believe he deserves a fair and just trial and I hope that you will consider his overall commitment to his family when making your decision. I wanted to draw your attention to the kind and loving person Michael is, and that his family truly needs him. When he can return home, he will most definitely have all of the love, support and guidance from us.

Thank you for taking your time and giving my letter your attention.

Sincerely,

Vivian Ruggiero