Honorable Judge Cronan,

I would first like to express my gratitude for your time, I really and truly appreciate the opportunity to address the court today.

I am writing this letter with deep remorse and extreme embarrassment as I find myself in this courtroom for this situation. I very well understand the gravity of my actions not only for my family and my loved ones but also for the impact it may have had on others and the broader community.

Having struggled with addiction myself, I have witnessed firsthand the destructive impact of drugs and drug-related activities to people and communities, and I want to express my genuine regret for the pain and inconvenience I may have caused. I also want you to know that I take full responsibility for my actions in this matter, particularly the grave mistake of introducing individuals to engage in illegal activities.

This all weighs heavily on me every day, when we get to watch movies in the facility and I see families enjoying happiness, I am filled with remorse for having jeopardized the happiness of my own family and especially my small daughter. I am constantly reminded that, not only am I being punished for my mistakes, but I have also punished her with all the time she has to be without me. I am missing once in a lifetime milestones in her young life; to date I have missed her kindergarten graduation, multiple school recitals, birthdays, her first day of grade 1, fathers day…all of these moments I will never be able to make up to her, and can only hope she will find it in her heart to forgive me for my absence. I have also left my fiancé punished by my actions, our plan was to be a family and raise our daughter together and even grow our family, and I have now left her with the responsibility of being a single parent. I am truly ashamed of myself for putting my family in this position.

Throughout the past two years, I have been looking more forward to my court dates than on my own birthdays, and I am very eagerly and anxiously anticipating getting to the end of this ordeal so I can instead start looking forward to re-uniting with my little girl and my fiancé.

I generally consider myself to be an intelligent person and though I strive to make wise decisions, I am human and not immune to errors. This particular mistake has me in disbelief of my own self, however, I am committed to turning this into a learning experience and making positive changes in my life going forward.

I appreciate the fairness of the legal process, I respect the court's decision, and I am fully prepared to comply with any consequences imposed. I will use this opportunity to reflect on my behaviour and commit myself to moving forward in life with a greater sense of responsibility and integrity.

Your Honor, I humbly seek your forgiveness and leniency when making your decision in my sentencing. I am prepared to comply with any court requirements and I am determined to rehabilitate myself so I can get home as soon as possible to raise my daughter, be a supportive husband, and contribute positively to my hometown community, and communities abroad.

Once again, I am extending my deepest apologies to you, to the court and to anyone else who may have been affected by my actions.

Thank you for your time and consideration of my apology.

Sincerely,
Michael Habib