# VIVIANNE GUEVARA
Mitigation Specialist and Social Worker
917-561-8572

_____

May 2, 2024

Honorable Judge John P. Cronan
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                               RE:  United States v. Mr. Michael G. Habib
                                          Docket No. 1-22-cr-00618-JPC 3

Dear Honorable Judge Cronan,

       Mr. Michael Habib is a respected and beloved father, brother, son, and community member.[1] Although he experienced difficult circumstances early in his life, he reflects upon his path with insight and knowledge that his mistakes and experiences are lessons through which he continuously grows into a better person. Mr. Habib has been incarcerated since November 22, 2022, and his confinement since then brings back memories of another solitary time in his life – his own survival and independence at age 15. Faced with the unknown and incarcerated at age 36, Mr. Habib did not despair. He found strength in the support of his family and his faith. Now age 38, Mr. Habib looks forward to regaining his freedom while he continues to evaluate his actions towards a better future for himself and his family. Mr. Habib has been in the custody of the United States Bureau of Prisons (BOP) since November 2022 and was ultimately confined at the Brooklyn Metropolitan Detention Center (MDC) where he has been since 2023. During Mr. Habib's confinement at the MDC, he has reflected extensively about the consequences of his actions for himself and his family. Mr. Habib understands that he must begin to heal and directly address the life challenges that impact(ed) his mental health and life choices – for himself and his family. He plans to spend his period of incarceration working on his plans to start a construction business.

---

[1] Information from this report was obtained through interviews with Mr. Michael Habib, and Mr. Michael Habib's family members Marissa Rugierro, Lauren Habib, and Teddy Habib, as well as the Pre-Sentence Report (PSR). The author submits this mitigation report at the request of Philip Reizenstein. Esq., counsel for Mr. Michael Habib and Mr. Michael Habib.

Early Life




Mr. Habib as a child, before divorce.

Mr. Habib was born on ▮▮▮▮ 1986, in Toronto, Canada to Ms. Christy Kendrick and Mr. Ted Habib. Mr. Habib's parents were married when Mr. Habib was born, and Mr. Habib was the youngest child of three. Mr. Habib's very early childhood was idyllic in memory, his father recalls that young Mr. Habib taught himself how to swim and caught fish with his bare hands at the family's home near a lake. His parents remained married until Mr. Habib was about seven years old, when his parents divorced. Although Mr. Habib does not know the exact reason for their divorce, he recalls that his father was emotionally and verbally abusive towards his mother, his brother, and himself. Mr. Habib remembers this time as confusing and fraught. He felt unsure of who would ultimately care for him, which led to a constant feeling of instability. Research throughout the 1990s and 2000s indicates that children in North American culture are deeply impacted by divorce, which can manifest as poor school outcomes, behavioral issues, and substance use in adolescence.[2,3,4] Mr. Habib displayed multiple symptoms following his parents' divorce. He had challenging behavior at home, experimented with drugs and alcohol at a very young age, and recalls that he "hated school" and rarely attended. He became overweight, which led to more issues at school and untreated depression. Mr. Habib was briefly in child therapy and received a diagnosis and medication for ADHD, but neither treatment lasted long.

Young Mr. Habib moved back and forth between his parents' homes after his parents' divorce. He first lived with his mother, who was permissive and relaxed with rules around school attendance and responsibilities, which resulted in poor attendance and failing grades. He continued to exhibit anti-social behavior at home which culminated in a fight between Mr. Habib and his older brother. Lauren Habib, Mr. Habib's sister, recalls that she and her mother sat on young Mr. Habib

---

[2] Ferrera, A. and Yazhuo, P. (2020). Family Breakup and Adolescents' Psychosocial Maladjustment: Public Health Implications of Family Disruptions. *Journal of Divorce & Remarriage, 61*(8).
[3] Roustit, C., Chaix, B., Chauvin, P. (2007). Family Breakup and Adolescents' Psychosocial Maladjustment: Public Health Implications of Family Disruptions. *Pediatrics, 120*(4).
[4] Ehrenberg, M.F., Stewart, L.L., Roche, D.N., Pringle, J., Bush, J. (2006). Adolescents in Divorcing Families: Perceptions of What Helps and Hinders. *Journal of Divorce & Remarriage, 45*(3/4).

to keep him from attacking his brother. She also recalls the look of betrayal and anguish on Mr. Habib's face as she attempted to get authorities involved. Mr. Habib then moved in with his father at age 11. The elder Mr. Habib had not recovered from his divorce and displayed his post-divorce grief through verbal abuse and strict rules. The abuse further impacted Mr. Habib's already fragile self-esteem and emotional development.[5] Mr. Habib recalls his father as "old school," a term used to describe parental behavior that was once permissible but is now considered detrimental to childhood development. After a few years, Mr. Habib and his father moved back into the family home where Mr. Habib's mother, Christy and his brother still lived. Christy soon moved out of the home with her new partner. Mr. Habib and his brother, unable to tolerate their father's abuse, soon moved out as well. Mr. Habib was 15 years old. The elder Mr. Habib, Ted, recalls that he told his sons, "If you get in trouble, don't call me."

Adulthood

Adulthood started at 15 for Mr. Habib. He did not enter foster care and had no access to independent living programs or mentorship for emancipated youth. He was simply on his own and had to figure out how to survive. He and his brother secured an apartment, and Mr. Habib attempted to thrive in an environment that lacked the guidance and support he required to develop his identity and make educated decisions about his future. Mr. Habib stopped going to school to earn money. He began to numb any fear he



Mr. Habib at age 15.

may have felt by using alcohol and marijuana. He worked minimum-wage jobs or under-the-table jobs for short periods of time, and returned to his mother's house after she received concerned calls from his school. The stay was brief – his mother's partner at the time accused Mr. Habib of stealing, and the two were often embroiled in conflict. Mr. Habib began to withdraw from most of his family and left his mother's house. He couch-surfed, lived on the street at times, and tried to find his way. He found his way back to his brother's house, back to low-wage jobs, and stopped going to school.

---

[5] Dube, S.R., Li, E.T., Fiorini, G., Lin, C., Singh, N., Khamisa, K., McGowan, J., Fonagy, P. (2023). Childhood verbal abuse as a child maltreatment subtype: A systematic review of the current evidence. *Child Abuse & Neglect 144*.

Mr. Habib was frustrated with the doors that were closed to him, and his belief that his family turned their backs on him. He describes that he "felt like he was drowning." But Mr. Habib persevered; he had no choice but to believe in himself. He learned roofing as a trade and began to work with his brother. His father described young Mr. Habib as "the fastest roofer in all of Canada." Mr. Habib's experimentation with drugs turned into daily use. Mr. Habib identifies now that much of his drug use and experimentation originated from anxiety and grief. During this time, Mr. Habib became completely disconnected from his family. Lauren Habib recalls that Mr. Habib "would come in and out of the family member's lives…their relationship with him ebbed and flowed…he was a shitty person for a very long time." Mr. Habib was still struggling with puberty, adolescence, young adulthood, substance abuse, and solitude. Mr. Habib self-medicated during much of this time to address the feelings for which he had no outlet. Youth who experience mental health challenges often self-medicate with a variety of non-prescription substances. Drug use in children and adolescents is not and should not be treated simply as youth making "bad decisions;" drug use in children and adolescents is a cry for help. Mr. Habib was in crisis and needed help, and his family found it impossible to connect with Mr. Habib around his needs and how to get him the help.

While other young people his age thought about dating, prom and college, Mr. Habib thought about his next meal, where he would live, and how he would make it in this life. Meaningful relationships with women and other people were means to ends and a backdrop to his struggle. He



Mr. Habib in his material world, a "shitty person."

chased pleasure and material wealth to fill a growing emptiness and lack of love. Then he found himself in a relationship with his partner, Marissa Ruggiero. Mr. Habib and Ms. Ruggiero have known each other since they were children and became romantically involved in their twenties. Ms. Ruggiero provided a respite, stability, and peace amid Mr. Habib's chaos. Their relationship changed him. He even worked towards his high school diploma, which he received in 2016.[6] They talked about goals, their desire to see the world, and growing together. Mr. Habib had not even realized that what he was searching for was family, until he and Ms. Ruggiero decided to create their own.

---

[6] See Attachment A, "Secondary School Diploma"

## Fatherhood

Mr. Habib and Ms. Ruggiero welcomed baby M█ H█ on █ 2017. Mr. Habib's world changed. He didn't have a childhood he could look on with fondness and he no longer cared. His only concern was making sure that he protected baby M█ and gave her a life and world of which he would work hard to provide. Fatherhood allowed Mr. Habib to realize his own parents' humanity, and he reflects that, "it was their first time being parents in this world too, they didn't have all of the answers." This has helped Mr. Habib begin to heal from his childhood traumas and become a forgiving and loving son. M█ and Ms. Ruggiero are his world, and the couple made a commitment to show their daughter the world. To that end, they began to explore humanitarian efforts in Africa and traveled there to instill in young M█ that she is a citizen of the world, and as such, should contribute her time and resources to less fortunate citizens. By all accounts from Ms. Ruggiero and Mr. Habib's family, M█ and Mr. Habib are inseparable. Mr. Habib teaches M█ how to fish, how to cook, how to swim, and they make fresh juices together daily. M█ teaches Mr. Habib how to love and how to be vulnerable. With Ms. Ruggiero, they have created the family that Mr. Habib about which Mr. Habib never dreamed.




M█ as a newborn with her parents & M█'s artistic rendering.

The sobriety and clarity that Mr. Habib has now brings contemplation about his life choices and the impact of his parents' decisions over which he had no control. What he has not explored in-depth is how his life choices have been influenced by an underlying motivation to reduce emotional pain and anxiety by numbing those feelings through substance use and abuse. Incarceration may not allow for the intensive introspection and healing that a person requires to process trauma, so Mr. Habib plans to supplement what the BOP lacks with his own self-guided learning through correspondence courses



Mr. Habib and family during a humanitarian trip.



M▇ H▇'s journal entry, "Today I am writing about my dad. I love my dad and I miss him so much."

and self-help books. Mr. Habib cannot control is the effect that his incarceration will have on little M▇. She does not yet know where her father is, only that she misses him dearly.[7] Incarceration of a parent can have devastating effects to a parent-child relationship and family unity, and Mr. Habib and Ms. Ruggiero continue to plan for ways to keep their family together and M▇ supported.

The Habib Family

Since M▇'s birth, Mr. Habib spent time repairing his relationships with his family. He is the connector who plans family events now, and brings the family together for holidays, and most of the time, just to be close. This has taken honesty, humility, and vulnerability from Mr. Habib, his parents, and his siblings. They are now closer than ever. Mr. Habib's letters of support confirm this, as do his family. His father is aging in a nursing home, and suffers from bouts of dementia, but he can



The Habib Family, together and happy. L to R, Ms. Ruggiero, Mr. Habib, M▇ H▇, Lauren Habib, Teddy Habib, a neighbor, Christy Kendrick, Christopher Habib.

remark on Mr. Habib's transformation, remarking that he is a great example of a father and partner. Mr. Habib's sister noticed the changes in Mr. Habib immediately after M▇'s birth, and even wrote to Mr. Habib apologizing for not being around for him when he needed guidance as a young man.

Mr. Habib has a deep connection to Ms. Ruggiero's family as well. Ms. Ruggiero's parents are devastated by his incarceration and are searching for meaning to move their grief, so that they can support M▇ as their best selves. Ms. Ruggiero is committed to support M▇ and Mr. Habib while he is incarcerated. She looks forward to growing their family and continuing to develop a family business and humanitarian work. Mr. Habib cherishes the relationships he has with his family and hopes to make it home to care for his father and support M▇ and Ms. Ruggiero. To do that, he plans to take advantage of every program offered through the BOP, including RDAP and others.

---

[7] See Attachment B, "Letter from M▇ H▇ to Mr. Habib"

Were it not for the mandatory minimum in this case, Mr. Habib would plan for an earlier release and would demonstrate his capacity to reform and commit to leading a law-abiding life.

Cruel and Unusual Incarceration at the MDC

Mr. Habib remains positive about his future and prospects when he is released, and now, 18 months into his incarceration, a new reality is sinking in that is testing his ability to draw upon his coping strategies. The detrimental impacts of incarceration in the United States are well-documented and well-known. Drug availability and use, violence, and sexual abuse are rampant in BOP facilities,



A photo of maggots in food at MDC sent to the Daily News.

especially at the Brooklyn MDC. A simple Google search of "MDC Brooklyn" produces a shocking list of U.S. Code § 1983 violations, including maggots in food, medical neglect, and inhumane conditions.[8] The United States still leads the world in the number of people it incarcerates, and although there is a nationwide BOP staff shortage, the BOP shows an increase in the population of incarcerated people from 2021 to 2022 (during a global pandemic in which COVID-19 rates continue to increase),[9] with incarceration for drug offenses taking the lead at 44.4%. Mr. Habib feels the effects of this increase in incarceration that is coupled with a decline in care on a daily basis. It is the incarcerated people themselves who provide care, clean food, and emotional support to each other because the facility does not. Even a short time of incarceration can lead to mental health disorders and/or symptoms that last for decades. At least one recent analysis of Federal pretrial incarceration data shows that pretrial detention does not serve as an effective deterrent.[10]

Mr. Habib developed and now lives with persistent Helicobacter pylori (H. pylori) and its symptoms, which include ulcers, weight loss, and nausea. Mr. Habib now speaks with a raspy voice

---

[8] A few headlines from the past year: "Judge says conditions too 'dreadful' at Brooklyn fed jail to lock up 70-year-old defendant," "Inside the HORRIFIC conditions at MDC Brooklyn," "Maggot-infested meals being served to inmates at Brooklyn federal jail, lawyers say," "Mismanagement of MDC Prisoner Medical Care Slammed by EDNY Judge."
[9] "At year end 2022, correctional authorities in the United States had jurisdiction over 1,230,100 persons in state or federal prisons, an increase of 2% or 25,100 persons from yearend 2021 (1,205,100 persons). This rise erased the 1% decline reported in 2021 and marked the first increase in the combined state and federal prison population in almost a decade (since 2013). Ninety-six percent of persons in U.S. prisons in 2022 (1,185,600) were sentenced to more than 1 year." Bureau of Justice Statistics. (2023). Prisoners in 2022 – Statistical Tables. https://bjs.ojp.gov/document/p22st_sum.pdf
[10] "We did not find any evidence of a consistent or reliable "deterrent effect" of pretrial detention on either the failure to appear (FTA) or recidivism." Holsinger, A.M., Lowenkamp, C.T., Pratt, T.C. (2023). Is Pretrial Detention an Effective Deterrent? An Analysis of Failure to Appear and Rearrest Says "No." *Federal Probation 87*(1).

that he did not have prior to his incarceration at the Brooklyn MDC. The vomiting and indigestion that come from H. pylori have irritated and altered his throat and voice. The doctor he sees in Brooklyn, referred to in the PSR, is a doctor that the MDC medical staff sent Mr. Habib to for treatment, which is still woefully inadequate and sometimes neglectful. This author has witnessed outside medical staff treat incarcerated people with contempt and minimal care, mirroring the treatment of the medical staff within the MDC itself.

Incarceration is meant to punish and rehabilitate, but it has become a traumatic experience, especially when meaningful opportunities for education, job training, or therapy are not available. In the MDC, Mr. Habib received a skeleton of the educational opportunities that once existed at the MDC. Prior to the pandemic, the MDC Brooklyn had myriad classes and available to incarcerated people.[11] These opportunities are now limited at the MDC and BOP facilities nationwide, as many BOP detention centers, including the MDC, have not returned to operations and policies that existed before the COVID-19 pandemic. He has had very few family visits, as his support system reside in Canada. After legal visits, he returns to a restrictive environment that exacerbates his depression and anxiety, so that the trauma of his incarceration is now added to the symptoms from which Mr. Habib is attempting to heal.[12] As things become difficult because of the restrictions on his movement, he knows he must sit in his discomfort, channel reactions to confinement, and reflect on what brought him to this point. Mr. Habib's reflections lead him to sorrow, remorse, responsibility, and accountability for his actions. He knows that he cannot undo the choices he made, but he remains committed to ensure that his future actions will restore a sense of safety within his family and community.

Planning for the Future

Despite Mr. Habib's multiple life stressors, he continues to develop himself socially and spiritually. Mr. Habib has a strong sense of self-determination and personal strength. He understands that his family, with whom he has re-established and maintains close relationships, and mentors he will secure employment, educational, and philanthropic opportunities prior to and upon his release. Mr. Habib also understands that his choices define who he is, and he knows that he has

---

[11] Byrne, J.M. (2020). The Effectiveness of Prison Programming: A Review of the Research Literature Examining the Impact of Federal, State, and Local Inmate Programming on Post-Release Recidivism. *Federal Probation 84*(1).
[12] Buckingham, S. (2013). Reducing Incarceration for Youthful Offenders with a Developmental Approach To Sentencing. 46 Loy. L.A. L. Rev. 801. Available at: https://digitalcommons.lmu.edu/llr/vol46/iss3/2

the capability to make choices that will define him as a productive and law-abiding citizen. Prior to the pandemic, family visits occurred weekly. The BOP website states that incarcerated people "by law, get at least four hours of visiting time per month but usually the prison can provide more."[13] Now families are lucky to visit their loved ones for 30 minutes a month at the MDC with little to know explanation as to why.

Mr. Habib is doing the very best he can, and above and beyond the expectations of everyone around him to stay engaged in positive and educational activities despite his incarceration. Mr. Habib's reflections now lead him to sorrow, remorse, responsibility, and accountability for his actions leading up to his incarceration. Mr. Habib expresses these emotions and intentions through his interactions with his family, making plans for his release and reentry, and by embodying the changes through his outlook on life. He knows that he cannot undo the choices he made, but he remains committed to ensure that his future actions will restore a sense of safety within his family and community.



Mr. Habib with Ms. Ruggiero's family, who treat him as their own son.

Another supportive factor from which Mr. Habib will benefit is his social network of family and professional relationships.[14] As evidenced by the multitude of letters of support from his family and community, Mr. Habib has family and community in Canada who plan to encourage his efforts by providing social support and life guidance. Mr. Habib is prepared to participate in programming that will support his reentry goals upon his release from the BOP, including mentorship, therapy, volunteering, and training so that he can work and continue his education. Through the re-entry process, rather than continued incarceration, Mr. Habib will develop into an extraordinary and a contributing member of society. Mr. Habib plans to continue his humanitarian work, both to benefit his mental health as well as work with the community.

Even through his time of incarceration, Mr. Habib looks forward to a bright future. He is loved and cherished by his daughter;[15] has a deep connection to his family who he inspires with his

---

[13] "General Visiting Information." https://www.bop.gov/inmates/visiting.jsp
[14] Galli, P. and Trusten, S.M. (2021). An Exploratory Study of Self-Report Levels of Social Support in Two Justice-Involved Groups. *Federal Probation 85*(2).
[15] See Attachment C, "Photos"

growth and maturity; and Mr. Habib continues to make a positive impact individuals with whom he interacts through his teaching and education. Mr. Habib is regretful, remorseful, and determined to move forward and continue down a positive path. His family's continued support and Mr. Habib's persistence to work hard ensure that he will continue to be a contributing citizen of the world and take pride in his accomplishments. It is his family's and Mr. Habib's hope that he be allowed to continue the success he achieved prior to the instant offense, to reconnect with his community with the support of his social network and continue to provide for M▇ H▇ and his family.

    Thank you for your time and consideration.

Respectfully submitted,

*Vivianne Guevara*

_____

Vivianne Guevara
Mitigation Specialist

Attachment A

Secondary School Diploma



# Ontario Secondary School Diploma
# Diplôme d'études secondaires de l'Ontario

Ontario

This Diploma is granted to
Ce diplôme est décerné à

*Michael Halil*

a student of
élève de

*Simcoe County District School Board Continuing Education*

who has fulfilled the requirements for the Ontario Secondary School Diploma
in accordance with the provisions of the Ministry of Education, Ontario

qui a rempli les exigences prescrites pour l'obtention du diplôme d'études secondaires de l'Ontario,
en vertu des dispositions du ministère de l'Éducation de l'Ontario

Dated at
Délivré à   *Penetanguishene*

the *14th* day of  *Apr*  *2016*
ce      jour de

_____
Minister of Education / Ministre de l'Éducation

_____
Principal of School / Directeur ou directrice de l'école

Attachment B

Letter from M█ H█ to Mr. Habib



BaBa I miss you so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so so! much. I wish you can cum homa). I Love you and I miss you

Attachment C

Photos





