

# REIZENSTEIN & ASSOCIATES PA

2828 CORAL WAY
SUITE 540
MIAMI, FL 33145
PHONE: 305-444-0755
FAX: 305-444-9277
PHIL@REIZENSTEINLAW.COM
SERVICE@REIZENSTEINLAW.COM

---

PHILIP L. REIZENSTEIN, ESQ.
BHAKTI KADIWAR, ESQ.

*Delivered Via CM/ECF and*
*CronanNYSDChambers@nysd.uscourts.gov*

## December 24, 2024

The Honorable Judge Cronan
Southern District of New York
500 Pearl Street
 New York, NY 10007

    ***RE:***   ***U.S.A. v. Michael Habib***, **Case No. *22-CR-000618-JPC***

Dear Judge Cronan:

    I am writing to you to provide additional information regarding Michael Habib's sentencing. The defense has previously filed a sentencing memorandum [ECF 175], and this letter is a supplement to that filing.

  1) <u>The Sentence of Co-Defendants</u>

    At the time the initial sentencing memorandum was filed, the co-defendants had not been

sentenced. Now they have been. Mr. Habib remains the only defendant in this case in which the Government sought the imposition of the ten-year minimum mandatory despite the Government's position that "*[B]etween March 18 and 21, 2022, Cheema and certain co-conspirators, including co-defendants Christopher Burgos, Michael Gian William Habib, and Bhupinder Singh Virk, worked together to ship 400 kilograms of cocaine to a warehouse in New Jersey."* [Government's Initial Sentencing Memorandum for Cheema, ECF 158:1]. Before the allegations of post-plea conduct regarding Mr. Cheema, the Government sought a guideline sentence of 135-168 months for Mr. Cheema. [ECF 158:1]. This recommendation was made despite the Government's allegations that "*Cheema was involved in coordinating the shipment of approximately 1,299 kilograms of methamphetamine and 364 kilograms of cocaine.*" [ECF 158: 2]. The Government sought the guideline sentence despite their allegations that Mr. Cheema, like their allegations about Mr. Habib, was a member of the "Wolfpack Alliance". [ECF 158: 2-3].   It is not clear how Mr. Habib's alleged membership in the "Wolfpack Alliance"  supported, in the Government's view, an upward departure to 360 months, but Mr. Cheema's alleged membership did nothing to alter the Government's view (before the allegations of post-plea criminal activity) that a guideline sentence of 135-168 was sufficient.

A) Co-defendant Bhupinder Singh Virk was sentenced to a term of 210 months. [ECF197]. Mr. Virk accepted responsibility for 476 kilograms of cocaine, and the Government provided this Court a "***conservative estimate***" that Virk was responsible for 1,086 kilograms of methamphetamine. [Government's Supplemental Sentencing Submission; ECF 196:2].

B) Co-defendant Christopher Burgos was sentenced to a term of 54 months imprisonment. [ECF 255].

C) Co-defendant Surinder Singh Cheema was sentenced to a term of  216 months imprisonment.  [ECF 256].

In the face of these sentences, for reasons litigated before the Court at the *Fatico* hearing, the Government persists in seeking a sentence of 360 months. Mr. Virk was arrested with firearms, "Ghost guns", an excessive amount of cash, and his drug amounts dwarf Mr. Habib's. Indeed, both Mr. Virk's and Mr. Cheema's drug amounts exceed the amounts Mr. Habib has accepted responsibility for. And yet the Government seeks a sentence 150 months longer than Mr. Virk's, and 134 months longer than Mr. Cheema's. In Mr. Cheema's case, the Government's request for Mr. Habib to be sentenced to 360 months was made at a time when the Government was seeking a sentence of 135-168 months. *See* ECF 158.

It is respectfully submitted that the underlying directions and philosophy behind 18 U.S.C. §3553(a)(6) "*the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct*" renders the Government's sentencing request inappropriate and unacceptable in light of the sentences of the other defendants and what the Government requested the other defendants receive, even without considering that Mr. Habib's minimum mandatory sentence is double that of Mr. Virk's and Mr. Cheema's.

2) Evidence At The *Fatico* Hearing: [1]

Nothing occurs in a vacuum and this case did not arise from one. Michael Habib met the individual who became the Government's informant through the informant's mother. [ECF 230: 99]. He befriended the informant and his family, taking a family member into his home in South Florida to help him in his struggle to stay sober. *Id.* Mr. Habib admittedly entered into deals with

---

[1] The hearing occurred on October 7, 2024. The citations in this section are to the transcript of the *Fatico* hearing.

the informant involving marijuana. The Government has provided evidence of this in the text messages of individuals identified as "Sailor Moon" and "Machi". *Id.* The informant was apparently not a successful marijuana dealer. He ended up owing someone (not Habib) $90,000.00. He then sought out Habib for introductions so he could make more money in cocaine and methamphetamine deals. [ECF 230: 100]. That desire resulted in the Kansas City deal. The evidence strongly suggests that the informant began cooperating after the Kansas City seizure. The Government has yet to dispute this.

Notable in both the Kansas City and New Jersey transactions is the complete lack of discussion by Habib about price, quality, quantity, and his share of the profits of the two deals. [ECF 230: 101]. This begs the question of why was there no discussion about his share of the profits? The conclusion is that those deals were the informant's and not Mr. Habib's. Indeed, almost all of the discussion about money that Habib engaged in was the money he owed once the Kansas City shipment was seized and Habib vouched for the informant's statements that the Kansas City shipment was seized and not stolen. [ECF 230: 99].

Additional evidence at the *Fatico* hearing showed that the Kansas City deal was the informant's deal. Defense Slide 29 contains a text message from Habib to the informant asking him to contact the owner of the narcotics to arrange payment. [ECF 230: 103-04]. This shows that this was the informant's deal and he (the informant) was paying the owner of the drugs for what he bought that law enforcement seized.   Defense Slide 39 is a text where Mr. Habib is stating that he was "sticking up" for the informant (that he told the truth about the Kansas City Shipment being seized) and saying that he told the informant "to make it right"- which of course means for the informant to pay the people back. [ECF 230: 107]. People – like the informant – who are responsible for buying drugs have to pay back the owners. People who vouch for others – like Mr.

4

Habib – do just what Mr. Habib was seen doing: telling the people responsible to pay their debt. As the defense informed the Court at the hearing, Mr. Habib told only the informant to "make it right", not Mr. Cheema, not Mr. Burgos, and not Mr. Virk. [ECF 230: 108]. And the reason for this is because the buyer of the drugs is the one who has to make up the loss.

That these deals were the informant's is consistent with the following evidence shown to the Court at the *Fatico* hearing:

1) The informant arranged for the drivers to pick up the drugs he was buying. [ECF 230: 110-11].

2) All of the unindicted co-conspirators were looking to the informant to make it right. [ECF 230: 112-13].

3) When "Joker" (Virk) asks for the address of the drugs, Michael Habib adds the informant to the text chain to tell Virk the address.  [ECF 230: 114]. The informant confirms he has the address and sends it. [ECF 230: 115]. Why? It is the informant's deal.

4) Mr. Habib texts the informant  *"you knew what you were getting into"* and "*I put my head out for you and how much I vouch for you*." [ECF 230: 126].

5) The string of text messages about the informant selling his liquor store business. [ECF 230: 126]. If the deals were Mr. Habib's, why is the informant selling his family business to pay a debt, unless the debt was his?

Finally, the defense played an excerpt of a conversation between Michael Habib and the informant for the Court. The Government's transcript of the conversation listed one part as unintelligible. But what the defense played, and the Court heard, was Michael Habib stating, "**we started doing something different and everything went bad.**" [ECF 230: 133].

5

In conjunction with what the defense told the Court that Michael Habib met the informant and participated in smuggling marijuana, the statement is vindication that Michael Habib is not the large-scale/long-time drug dealer the Government makes him out to be: "*we started doing something different*" inescapably supports this conclusion.  The phrase is fully consistent with Michael Habib talking about how he and the informant smuggled marijuana and then did "something different"- meaning the two shipments in this case.

   3) <u>Health Of Mr. Habib:</u>

Mr. Habib's health continues to deteriorate as MDC continues its reprehensible pattern of ignoring his medical conditions. I met my client while he was arrested and incarcerated in November of 2022 in the Southern District of Florida. In the subsequent twenty-five months, Michael Habib's voice has noticeably and seriously deteriorated. I was informed this week that my client has been diagnosed with having a polyp or polyps in his throat – something that is suggestive of a pre-cancerous or cancerous condition.

The documents attached as Exhibit One consist of e-mails by Michael Habib requesting and then begging for medical attention. Bates numbers have been added at the bottom of each document in the exhibit. On December 12, 2023, more than one year ago, Michael Habib sent the following e-mail *"i have been trying to get a sick call for 3 months could i please see some one my voice is almost gone completely"*. [Exh. One: 1]. The problem, just recently and finally diagnosed as a polyp or polyps in his throat, thus arose in October, 2023. The delay in medical treatment may well be life-threatening. His voice has steadily deteriorated as I have met with my client over the last two years.

That e-mail is followed by e-mails on 1/23/2024 ("*could i please see medical I'm having extreme trouble breathing and swallowing it burns to swallow especially in the cell*") [Exh. One: 2]; 2/15/2024 (recounting his medical issues ending with "*can i please see someone that is able to help me although imp in jail i am still a human*") [Exh. One: 3]; 2/11/2024 [Exh. One: 4]; 2/15/2024 [Ehx One: 5]; 2/22/2024 ("*can i please see the dr I'm having extreme heartburn im having trouble sleeping at night and i have lost my voice*") [Exh. One: 6]; 2/27/2024 ("*I am continuing to write sick calls because I am being neglected medical attention I have had this problem of shortness of breath headaches lose [SIC] of voice and extreme heart burn I'm a fairly healthy person i have never experienced these issues until i came to mdc and i cant get a proper nights sleep please can I get some medical attention*") [Exh. One: 7];.

On 4/26/2024 Michael Habib filed a "Request For Administrative Remedy" requesting to go to the hospital: "*Im afraid if the conditions continue my health is getting worse. The Dr said Feb. I needed to go to the hospital yet I never went.*" [Exh. One: 8]. On 6/25/2024, he submitted a second Request For Administrative Remedy recounting his medical conditions and again stating that he had lost his voice and that the issue had not been addressed with adequate medical care. [Exh. One: 9].[2]

The harsh conditions at MDC, detailed in the original sentencing memorandum, have worsened and have had a deleterious impact on Michael Habib's health. These issues remain a serious concern and now, six months after the initial sentencing memorandum, constitute an even more compelling reason for the Court to consider the impact on Michael Habib's long-term health

---

[2] The Cleveland Clinic informs that many of the conditions Mr. Habib complained of, including acid reflux, cause many of the symptoms Mr. Habib exhibited, including a hoarse voice, loss of voice, breathlessness, and polyps. Vocal Cord Nodules: Causes, Symptoms & Treatment. There is a significant difference on the potential for cancer if the polyp is on the vocal cords as opposed to the esophagus.

in issuing a sentence.


**Conclusion:**

Mr. Habib has been singled out by the Government, which seeks an excessive and harsh sentence despite Mr. Habib having some similarities with the co-defendants (an allegation of membership in the Wolfpack Alliance) and being responsible for a lower amount of drugs. It is not clear why the Government seeks a thirty-year sentence. As was presented at the *Fatico* hearing, Habib spoke up and vouched for the person who would later become the Government's informant. Michael Habib became enmeshed and entangled in two drug deliveries gone bad that he neither sought, engendered, nor profited from. The defense continues to aver that a sentence at the low end of the guidelines or below is sufficient in this matter.

Sincerely,

S/ *Philip L. Reizenstein,* **Esq.**
Philip L. Reizenstein, Esq.
Florida Bar #634026

EXHIBIT ONE

TRULINCS 31866510 - HABIB, MICHAEL - Unit: BRO-J-A

------------------------------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 12/12/2023 10:48:30 AM

To: medical
Inmate Work Assignment: na

i have been trying to get a sick call for 3 month could i please see some one my voice is almost gone completely

RULINCS  31866510 - HABIB, MICHAEL - Unit: BRO-J-A

-----------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 01/23/2024 10:32:44 AM

To: medical
Inmate Work Assignment: na

could i please see medical I'm having extream trouble breathing and swallowing it burns to swallow especially in the cell

TRULINCS  31866510 - HABIB, MICHAEL - Unit: BRO-J-A

---------------------------------------------------------------------------------------------

FROM: 31866510
TO: Warden
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 02/15/2024 01:24:12 PM

To: warden
Inmate Work Assignment: na

-----HABIB, MICHAEL on 2/15/2024 1:23 PM wrote:

>

could i please see someone in regards to my health it has been since September since i have been having breathing issues
and shortness of breath and major headaches and serous heartburn i was able to see the doctor after 4 months and was giving
a few test and tested positive for hpylori i took the month of very strong meds but my condition's have not changed I'm having
very bad heartburn day and night and very bad headaches also shortness of breath this is causing me to have sleekness nights
on top of all of this the food we are given is not fresh and expired sometimes can i please see someone that is able to help me
although imp in jail i am still a human

TRULINCS  31866510 - HABIB, MICHAEL - Unit: BRO-J-A

-----------------------------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 02/11/2024 02:54:05 PM

To: medical
Inmate Work Assignment: na

After taking all the medication prescribed for one month i am still having the same symptoms shortness of breath and breathing problems also i have lost most of my voice i have been sending sick calling for 6 months now  i wake up in the middle of the night choking and haven't shortness of breath

TRULINCS  31866510 - HABIB, MICHAEL - Unit: BRO-J-A

------------------------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 02/15/2024 01:23:47 PM

To: medical
Inmate Work Assignment: na

could i please see someone in regards to my health it has been since September since i have been having breathing issues and shortness of breath and major headaches and serous heartburn i was able to see the doctor after 4 months and was giving a few test and tested positive for hpylori i took the month of very strong meds but my condition's have not changed I'm having very bad heartburn day and night and very bad headaches also shortness of breath this is causing me to have sleekness nights on top of all of this the food we are given is not fresh and expired sometimes can i please see someone that is able to help me although imp in jail i am still a human

TRULINCS  31866510 - HABIB, MICHAEL - Unit: BRO-J-A

---------------------------------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 02/22/2024 02:22:15 PM

To: medical
Inmate Work Assignment: na

can i please see the dr I'm having extream heartburn im having trouble sleeping at night  and i have lost my voice

TRULINCS 31866510 - HABIB, MICHAEL - Unit: BRO-J-A

--------------------------------------------------------------------------------------------------------

FROM: 31866510
TO: Sick Call
SUBJECT: ***Request to Staff*** HABIB, MICHAEL, Reg# 31866510, BRO-J-A
DATE: 02/27/2024 02:00:19 PM

To: medical
Inmate Work Assignment: na

I am continuing to write sick calls because  i am being neglected medical attention i have had this problem of shortness of breath headaches lose of voice and extream heart burn I'm a fairly healthy person i have never experienced these issues until i came to mdc and i cant get a proper nights sleep please can i get some medical attention

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

4/26/24

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HABIB   Michael.     31866510     71     MDC
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A– INMATE REQUEST**

I been requestion To go to Hospital for a proper Dr.'s Evaluation And required tests for my Illness Noted on BP-8 And my CoPouts. Im Afraid If The Conditions Continue my health Is Getting Worse. The Dr. Said Feb, I needed to go to hospital yet I Never Went. Waiting for a Telehealth appt, does Nothing but Prolong this medical Condition.

April 26/2024
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____    _____
DATE              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: 1198531-F1

CASE NUMBER: 1198531-F1

008

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

06·25·24

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HABIB Michael 31866510 J71 MDC Bklyn
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL   Deprived of Medical attention at the MDC Brooklyn. I tested positive for H.pylori on Jan. 5, 2024 And then on Feb 27, 2024 I submitted another Sick Call request, and was retested on April 11, 2024 and it showed a converted to negative result for H. pylori. But I still have the same symptoms. An (EGD) esophagog astroduodenoscop and colonoscopy were ordered, but to no avail. I've been having this problem since late Aug. of 2023 and put my first Sick Call request on Sept. 27, 2023 and was not seen til Nov./Dec. of 202 I was given medication for my condition on Jan. of 2024. And my condition has not changed! in fact it has gotten worst. I'm losing my voice, short of breath, and have severe heart burn I had a video Conference on May of 2024 with a outside provider (Doctor) And she told me "that she re-examind the test results and information of my symptoms and that it is serious and needs to be looked at as soon as possible because issues like this coul be cancerous! when I asked the provider here "how long would it take"? She replie 1 to 5 months. I fear for my health and life here at MDC Brooklyn because of the la of the medical attention I'm recieving here in this facility. I need medical attention in my medical condition A.S.A.P. I do not want to lose my health or life in this place.

06-25-24
DATE                        SIGNATURE OF REQUESTER

Part B - RESPONSE

DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL