# REIZENSTEIN & KADIWAR, P.A.
2828 CORAL WAY
SUITE 540
MIAMI, FL 33145
PHONE: 305-926-0218

---

PHILIP L. REIZENSTEIN, ESQ.                                    BHAKTI KADIWAR, ESQ.

*Delivered Via CM/ECF and
CronanNYSDChambers@nysd.uscourts.gov*

January 10, 2025

The Honorable Judge Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    *U.S.A. v. Michael Habib*, Case No. *22-CR-000618-JPC*

Dear Judge Cronan:

    The defense for Mr. Habib writes to request 1) an adjournment for the Sentencing hearing scheduled for January 14, 2025 and 2) a telephone status hearing in two weeks.

    Undersigned counsel has a recurring medical condition that presented itself on Thursday night, January 9, 2025. It is not a life-threatening condition but is debilitating in terms of pain and may require surgery.

    Undersigned counsel will update the Court when he has more information. Pursuant to the local rules, undersigned counsel has conferred with AUSA Matt Shahabian, Esq., who stated that the government does not oppose the Court granting this adjournment.

                            Respectfully Submitted,

                          S/ *Philip L. Reizenstein, Esq.*
                          Philip L. Reizenstein, Esq.
                            Florida Bar #634026

The instant request is granted. The sentencing currently set for January 14, 2025, is adjourned until further notice. The parties shall appear for a telephonic status conference on January 28, 2025, at 4:00 p.m. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for both parties should call (855) 244-8681, access code 23027552307.

The Clerk of Court is respectfully directed to close Docket Number 262. The Court hopes that Mr. Reizenstein's condition improves soon and wishes him all the best.

SO ORDERED.
Date: January 11, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge